UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTOINE ABDIAS,

        Plaintiff,

Case No. 1:24-cv-1229

v.

Honorable Ray Kent

CHRIS KING et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: February 19, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge